IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOAN BROWN, and KENNETH BROWN                                        PLAINTIFF

V.                        NO.  2:10-CV-02076-PKH

IRONSHORE INSURANCE SERVICES, LLC;
JOHN DOES AND JANE DOES A-Z
JOHN DOES AND JANE DOES 1-25                                         DEFENDANTS

## O R D E R

Before the court is the Plaintiff Motion to Compel (ECF No.19) filed March 17, 2010. The matter was referred to the undersigned on March 18, 201. The Plaintiff has now filed a Motion to Withdraw the Motion to Compel (ECF No. 20) acknowledging that the Motion to Compel was filed in error.

The Motion to Withdraw the Motion to Compel (ECF No. 20) is **GRANTED** and The Motion to Compel (ECF No. 19) is **MOOT**.

IT IS SO ORDERED this March 22, 2011.

*/s/ J. Marschewski*
HONORABLE JAMES R. MARSCHEWSKI
Chief United States Magistrate Judge

+