IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOAN BROWN and KENNETH BROWN                                    PLAINTIFFS

V.                         No. 2:10-CV-02076

IRONSHORE INSURANCE SERVICES, LLC
et al.                                                          DEFENDANTS

## ORDER OF DISMISSAL WITH PREJUDICE

NOW on this 29th day of June, 2011 comes on for consideration the above-styled cause.

IT APPEARING to the Court that the matter has been settled, counsel for all parties having signed a settlement agreement filed with the Court (Doc. 23), it is ORDERED that the Complaint herein be DISMISSED WITH PREJUDICE, subject to the terms of the settlement agreement.

The Court retains jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and that a party wishes this court to enforce the settlement agreement specifically.

IT IS SO ORDERED this 29th day of June, 2011.

/s/ Paul K. Holmes, III
**PAUL K. HOLMES, III
UNITED STATES DISTRICT JUDGE**